Commonwealth *v.* Jackson, Appellant.

Argued November 12, 1969. *Donald E. Williams,* for appellant; *John R. Seltzer,* Assistant District Attorney, with him *Kenneth E. Fox, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Klingensmith, Appellant.

Argued November 13, 1969. *Emanuel Goldberg* and *Maurice A. Wheeler,* for appellant; *John H. Pope,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., would remand.